PAULA CANNY, ESQ., SBN 96339
Law Offices of Paula Canny
840 Hinckley Road, Suite 101
Burlingame, CA 94010
Telephone: (650) 652-7862
Facsimile: (650) 652-7835
Email: pkcanny@aol.com

Attorneys for Plaintiffs
Margo Benson-Hammer and
Estate of Russell Hammer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO BENSON-HAMMER AND ESTATE OF RUSSELL HAMMER,<br><br>Plaintiffs<br><br>vs.<br><br>SAN LUIS OBISPO COUNTY, a municipal corporation; SHERIFF IAN PARKINSON, in his individual and official capacities; the SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT, UNDER TIM OLIVAS, in his individual and official capacities, SAN LUIS OBISPO COUNTY DEPARTMENT OF PUBLIC HEALTH, JEFF HAMM, individually and in his official capacity, DR. MARIA ILANO, individually and in her official capacity, and DOES 1 through 100, individually, jointly and severally,<br><br>Defendants. | Case No.: 19-cv-02790-VAP<br><br>**STIPULATION OF DISMISSAL**<br><br>**Honorable Virginia A. Phillips** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) as to all defendants. Each party is to bear their own costs and attorney's fees.

Dated: January 17, 2020

Respectfully Submitted,

/S/ Paula Canny
PAULA CANNY
ATTORNEY FOR PLAINTIFFS,
Margo Benson-Hammer and Estate of Russell Hammer

Dated: January 21, 2020

Respectfully Submitted,

JONATHAN BELAGA
ATTORNEY FOR DEFENDANTS,
San Luis Obispo County, Sheriff Ian Parkinson, San Luis Obispo County Sheriff's Department, Undersheriff Tim Olivas, San Luis Obispo County Department of Public Health, Jeff Hamm, and Dr. Maria Ilano